# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0912

VERSUS

LAZARIOUS DWAYNE CLAYTON                              **AUGUST 12, 2021**

---

In Re:    State of Louisiana, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 10-11-0195.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT GRANTED.** The district court erred in declaring the defendant's habitual offender sentence illegal. The conditions imposed on the sentence are those called for in the reference statute. **State v. Bruins,** 407 So.2d 685, 687 (La. 1981). The applicable version of La. R.S. 14:95.1 provided that a person found guilty of the offense "shall be imprisoned at hard labor for not less than ten nor more than twenty years without the benefit of probation, parole, or suspension of sentence." Hence, the reference statute provided for the restriction of benefits on the entirety of any sentence imposed. See **State v. McCurtis,** 33,737 (La. App. 2d Cir. 9/27/00), 769 So.2d 150, 158, writ granted in part and remanded, 2000-3080 (La. 11/2/01), 800 So.2d 862. Accordingly, the defendant's 22-year habitual offender sentence, as imposed, should be maintained.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT